# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Paul E. Rhodes,<br><br>        Plaintiff,<br><br>v.<br><br>Kim Kumar, et al.,<br><br>        Defendants. | No. CV 05-2494 PHX-JAT (JM)<br><br>**REPORT AND RECOMMENDATION** |

    In accordance with 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice of the United States District Court for the District of Arizona, this case was referred to the Magistrate Judge for all pretrial proceedings and report and recommendation. For the reasons explained below, the Magistrate Judge recommends that the District Court, after independent review of the record, dismiss the Complaint [Docket No. 1] without prejudice due to the Plaintiff's failure to complete service and pay the required filing fee.

    Plaintiff filed *pro se* the above-titled civil rights action pursuant to 42 U.S.C. § 1983 on August 18, 2005, complaining about inadequate medical treatment provided by Defendants Kim Kumar and Michael Lesal at the Central Unit of the Arizona State Prison Complex in Florence, Arizona. On April 20, 2006, the summonses of the Defendants were returned unexecuted by the U.S. Marshals. *Docket Nos. 6 & 7.* On June 1, 2006, Judge Teilborg ordered Plaintiff to show cause for his failure to pay the statutory filing fee. *Docket No,* 9.

    On July 6, 2006, Plaintiff responded to the order to show cause and, on August 24, 2006, filed motions for extension of time to pay the filing fee and for extension of time to

1  complete service. *Docket No. 12 & 13.* By Order dated August 30, 2006, the Magistrate
2  Judge granted Plaintiff an additional 120 days to pay the balance of the filing fee and an
3  additional 60 days to provide to the Marshals the information necessary to serve the
4  Defendants. *Docket No. 15.* On October 11, 2006, the summonses were again returned
5  unexecuted due to invalid addresses. *Docket Nos. 16 & 17.* The docket also does not reflect
6  that Plaintiff has paid the filing fee.

7  In Judge Teilborg's June 1, 2006 order, Plaintiff was warned that the failure to pay the
8  filing fee would result in dismissal of this action. In the Magistrate Judge's order of August
9  29, 2006, Plaintiff was warned that if he failed to complete service within 120 days, this
10 action would be subject to dismissal pursuant to Rule 4(m) of the Federal Rules of Civil
11 Procedure. In Judge Teilborg's order dated March 6, 2006, Plaintiff was also warned that the
12 failure to timely comply with any order entered in this matter would subject the action to
13 dismissal pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. As established
14 above, Plaintiff has failed to satisfy the order to pay the filing fee and the order requiring
15 service within 120 days.

16 **Recommendation**

17 Based on the foregoing, the Magistrate Judge **recommends** that the District Court,
18 after its independent review, issue an Order **dismissing** this matter without prejudice.

19 This Recommendation is not an order that is immediately appealable to the Ninth
20 Circuit Court of Appeals. Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of
21 Appellate Procedure, should not be filed until entry of the District Court's judgment.

22 However, the parties shall have ten (10) days from the date of service of a copy of this
23 recommendation within which to file specific written objections with the District Court. *See*
24 28 U.S.C. § 636(b)(1) and Rules 72(b), 6(a) and 6(e) of the Federal Rules of Civil Procedure.
25 Thereafter, the parties have ten (10) days within which to file a response to the objections.
26 If any objections are filed, this action should be designated case number: **CV 05-2494-PHX-**
27 **JAT**. Failure to timely file objections to any factual or legal determination of the Magistrate
28

2

Judge may be considered a waiver of a party's right to *de novo* consideration of the issues. *See United States v. Reyna-Tapia* 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*).

DATED this 6th day of March, 2007.

*Jacqueline Marshall*
Jacqueline Marshall
United States Magistrate Judge

3