**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Paul Rhodes, | ) | No. CV 05-2494-PHX-JAT |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Kim Kumar, et al., | ) | |
| Defendants. | ) | |
| | ) | |

On March 6, 2007, the Magistrate Judge issued a Report and Recommendation ("R&R") (Doc. #18) recommending that this case be dismissed for failure to serve and failure to pay the filing fee.

Neither party has filed objections to the R&R.[1] Accordingly, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

---

[1] Defendants have not been served and have not appeared.

1    However, the Court notes that, in contradiction of *Reyna-Tapia* and *Schmidt*, the
2 Magistrate Judge states that her recommendation is subject to the District Court conducting,
3 "its independent review of the record." The Court is unclear whether the Magistrate Judge
4 is attempting to direct this Court to conduct a *de novo* review or is suggesting some other
5 standard. Nonetheless, consistent with *Reyna-Tapia* and *Schmidt*, this Court has not
6 conducted any review because no objections were filed. If Plaintiff failed to file objections
7 in reliance on the Magistrate Judge's admonition to the District Court, Plaintiff may move
8 for reconsideration of this Order within thirty days and shall contemporaneously file his
9 objections with the motion for reconsideration.

10    Accordingly,

11    **IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc.
12 #18) is **ACCEPTED**; and

13    **IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT**
14 **PREJUDICE** for Plaintiff's failure to serve and failure to pay filing fee; and the clerk of the
15 court shall enter judgment accordingly.

16    DATED this 5th day of April, 2007.

_____
James A. Teilborg
United States District Judge